| | |
|---|---|
| 1 | Jay A. Christofferson, # 203878 |
| 2 | McCormick, Barstow, Sheppard, Wayte & Carruth LLP |
|   | P.O. Box 28912 |
| 3 | 5 River Park Place East |
|   | Fresno, CA  93720-1501 |
| 4 | Telephone:   (559) 433-1300 |
|   | Facsimile:   (559) 433-2300 |
| 5 | |
| 6 | Attorneys for Defendants |
|   | Charles Potter; Bill Lange; Tom Messersmith; and Mutual of Omaha Insurance Company |

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| Roger B. Steppe, Jr.; Anberry, Inc. dba Anberry Rehabilitation Hospital and Roes 1 though 10, | Case No.  1:07-CV-00101-AWI-DLB |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND CONTINUE SCHEDULING CONFERENCE (L.R. 5-137, 6-144(a))** |
| v. | |
| Norman J. Siegel, Esq.; Charles Potter; Bill Lange; Tom Messersmith; Mutual of Omaha Insurance Company and Does 1 through 20, | **FIRST REQUEST** |
| | Magistrate Judge:   Hon. Dennis L. Beck |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND CONTINUE SCHEDULING CONFERENCE   CASE NO.: 1:07-CV-00101-AWI-DLB

On January 18, 2007, plaintiff, acting pro se, filed a Verified Complaint against defendants Norman J. Siegel, Esq., Ana Maria Martel, Charles Potter, Bill Langly, and Mutual of Omaha Medicare Division. That Verified Complaint was never served.

On March 17, 2007, a First Amended Verified Complaint and Demand for Jury Trial was filed by Roger B. Steppe, Jr., Anberry, Inc. dba Anberry Rehabilitation Hospital against defendants Norman J. Siegel, Esq., Charles Potter, Bill Lange, Tom Messersmith, and Mutual of Omaha Insurance Company. The First Amended Verified Complaint and Demand for Jury Trial was served on March 26, 2007.

IT IS HEREBY STIPULATED by and between plaintiffs Roger B. Steppe, Jr., Anberry Inc., dba Anberry Rehabilitation Hospital and defendants Charles Potter, Bill Lange, Tom Messersmith, and Mutual of Omaha Insurance Company, by and through their respective attorneys of record, that (1) defendants may file a responsive pleading to the First Amended Verified Complaint and Demand for Jury Trial by May 16, 2007, extending the time to respond by a total of no more than thirty days; (2) Plaintiffs will receive an additional fourteen days notice to respond to any motion filed in response to the First Amended Verified Complaint; and (3) the parties hereto also stipulate and request the court to continue the Scheduling Conference which is presently set for April 17, 2007 to June 28, 2007, or the next available court date.

This Stipulation is made in support of the First Request for an extension of time and continuance. This Stipulation is also made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: April 5, 2007                                        ZEH & WINOGRAD

By:       /s/ Ellen Jean Winograd
Ellen J. Winograd, Esq.
Attorneys for Plaintiffs Roger B. Steppe, Jr.;
Anberry Inc. dba Anberry Rehabilitation
Hospital

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND CONTINUE SCHEDULING CONFERENCE  CASE NO.: 1:07-CV-00101-AWI-DLB

| | |
|---|---|
| Dated: April 5, 2007 | McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP |

By:       /s/ Jay A. Christofferson
Jay A. Christofferson
Attorneys for Defendants
Charles Potter; Bill Lange; Tom Messersmith;
and Mutual of Omaha Insurance Company

**IT IS SO ORDERED**

Dated: April 9, 2007        /s/ Dennis L. Beck
                                       Magistrate Judge

1079735.v1

3

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND CONTINUE SCHEDULING CONFERENCE  CASE NO.: 1:07-CV-00101-AWI-DLB

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501