Jay A. Christofferson, #203878
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Defendants:
Charles Potter, Bill Lange, Tom Messersmith and
Mutual of Omaha Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger B. Steppe, Jr.; Anberry, Inc. dba Anberry Rehabilitation Hospital and Roes 1 through 10,<br><br>           Plaintiffs,<br><br>v.<br><br>Norman J. Siegel, Esq.; Charles Potter; Bill Lange; Tom Messersmith; Mutual of Omaha Insurance Company and Does 1 through 20,<br><br>           Defendants. | Case No. 1:07-CV-00101-AWI-DLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**<br><br>**SECOND REQUEST**<br><br>**SCHEDULING CONFERENCE**<br><br>**August 29, 2007 at 9:00 am Courtroom 9** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

On January 18, 2007, Plaintiff, acting pro se, filed a Verified Complaint against Defendants Norman J. Siegel, Esq., Anna Maria Martel, Charles Potter, Bill Langly and Mutual of Omaha Medicare Division. That Verified Complaint was never served.

On March 17, 2007, a First Amended Verified Complaint and Demand for Jury Trial was filed by Roger B. Steppe, Jr., Anberry, Inc. dba Anberry Rehabilitation Hospital against Defendants Norman J. Siegel, Esq., Charles Potter, Bill Lange, Tom Messersmith, and Mutual of Omaha Insurance Company. The First Amended Verified Complaint and Demand for Jury Trial was served on March 26, 2007.

On April 5, 2007 the parties stipulated to an extension of time for no more than 30 days for Defendants, Charles Potter, Bill Lange, Tom Messersmith and Mutual of Omaha Insurance Company, to file a responsive pleading to the Amended Complaint and no more than 14 days for Plaintiffs to file an opposition to any motion filed by Defendants. This stipulation also set the Scheduling Conference for June 28, 2007. On May 16, 2007, Defendants filed a Motion to Strike and a Motion for More Definite Statement. Defendants set the date for hearing on their motions for June 25, 2007, which, as a result of Local Rule 78-230(c), only allowed Plaintiffs until June 8, 2007, to file their opposition to the motions. This provides Plaintiffs with less time than the parties originally intended for the plaintiffs to respond and, therefore, the parties seek to extend time for the hearing on the motions.

The granting of an extension of time to hear the Motion to Strike and Motion for More Definite Statement would cause the Scheduling Conference to occur before the hearing on the pending motions. To allow for judicial economy, the Scheduling Conference should be set for a date thirty to sixty days after the hearing on the pending motions.

IT IS HEREBY STIPULATED by and between Plaintiffs Roger B. Steppe, Anberry, Inc., Anberry Rehabilitation Hospital and Defendants Charles Potter, Bill Lange, Tom Messersmith and Mutual of Omaha Insurance Company, by and through their respective attorneys of record, that the Court continue the hearing on Defendants' Motion to Strike and a Motion for More Definite Statement presently set for June 25, 2007 to July 10, 2007, or the next available Court date. Further, that the Court continue the Scheduling Conference set for June 28, 2007, to a date

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
1:07-CV-00101-AWI-DLB

thirty to sixty days after the hearing on the pending motions.

This stipulation is made in support of the second Request for an extension of time and continuance. This stipulation is made in good faith and not for the purpose of delay.

Dated this 7th day of June, 2007.

_____/s/ Jay A. Christofferson_____     ____/s/ Ellen Jean Winograd_____
JAY A. CHRISTOFFERSON, ESQ.                       ELLEN JEAN WINOGRAD, ESQ.
McCORMICK, BARSTOW, SHEPPARD,                     ZEH & WINOGRAD
WAYTE & CARRUTH LLP                               575 Forest Street, Ste. 200
P.O. Box 28912                                    Reno, NV 89509
5 River Park Place East
Fresno, CA 93720-1501

**IT IS SO ORDERED**

Dated: June 8, 2007                    _____/s/ Dennis L. Beck_____
                                             U.S. Magistrate Judge

1103708.v1