Ellen Jean Winograd, Esq.
State Bar Number 111026
ZEH & WINOGRAD
575 Forest St., Suite 200
Reno, NV 89509
Phone: 775-323- 5700
Fax: 775-786-8183

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| Roger B. Steppe, Jr.;Anberry, Inc. dba Anberry Rehabilitation Hospital and Roes 1 through 10,<br><br>Plaintiffs,<br><br>v.<br><br>Norman J. Siegel, Esq.; Charles Potter; Bill Lange; Tom Messersmith; Mutual of Omaha Insurance Company and Does 1 through 20,<br><br>Defendants. | Case No. 1:07-CV-00101-AWI-DLB<br><br><br><br>**PROPOSED NOTICE AND ORDER OF VOLUNTARY DISMISSAL**<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

TO:   CHARLES POTTER; BILL LANGE; TOM MESSERSMITH; MUTUAL OF OMAHA INSURANCE COMPANY

TO:   JAY A. CHRISTOFFERSON, attorney for Defendants

It appearing that no motion for summary judgment or answer having been filed and served by any adverse party in this matter, the plaintiffs, above named, pursuant to Rule 41(a)(1),

///
///
///
///
///

ZEH & WINOGRAD (775) 786-8183

FRCP, hereby give notice that the above-captioned matter be and hereby is dismissed without prejudice.

DATED this 26th day of June, 2007.        ZEH & WINOGRAD


   /s/Ellen Jean Winograd
Ellen Jean Winograd, Esq.

Attorneys for Plaintiffs

ORDER

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997); <u>Concha v. London</u>, 62 F.3d 1493, 1506 (9th Cir. 1995). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. <u>Wilson</u>, 111 F.3d at 692. The dismissal is effective on filing and no court order is required. <u>Id.</u> The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. <u>Wilson</u>, 111 F.3d at 692; <u>Concha</u>, 62 F.2d at 1506.

Defendants have not filed an answer to Plaintiff's complaint and no motion for summary judgment has been filed in this case. Because Plaintiff has exercised his right to voluntarily dismiss this action, this case has terminated.

Therefore, the Clerk of the Court is DIRECTED to close this action in light of Plaintiff's Rule 41(a)(1) voluntary dismissal.

IT IS SO ORDERED.

**Dated:   June 27, 2007**              /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE